## United States District Court
### Violation Notice

CVB Location Code
MY37

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7958243 | TURNER | 129 |

7958243

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 06/26/2019  2340 HRS | 36 C.F.R. 4.2 SEC. 20-102 MD. TRANSP. |

Place of Offense
S/B BW PKWY @ 495

Offense Description: Factual Basis for Charge     HAZMAT ☐

LEAVING THE SCENE OF AN ACCIDENT
THAT RESULTED IN BODILY INJURY
AND DEATH

### DEFENDANT INFORMATION

| Last Name | | |
|---|---|---|
| SOGBESAN | WALE | F |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6DM9981 | MD | 03 | MERZ CL55 | | SILVER |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | TBD |
| | Time (hh:mm) |
| | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN 10/28/2019 13:44

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation        my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 10/28/2019 13:44